

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2014

No. 04-13-00801-CV

**PMSALS 1 LLC**,
Appellant

v.

**AMERICAN OPPORTUNITY FOR HOUSING PERRIN OAKS LLC**; American
Opportunity for Housing Inc, David Starr, Fidelity National Title Insurance Company,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-13524
Honorable Janet P. Littlejohn, Judge Presiding

## O R D E R

The Appellant's Unopposed Motion for Extension of Time to File Brief is GRANTED.
The appellant's brief is due on March 12, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 6th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court